General Complaint



MAR 2 4 2021

Clerk, U.S. District Court
Eastern District of Texas

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

Tyesha Natalie Json

Case Number: 4:21-CV-234 SDJ/KPJ

List the full name of each plaintiff in this action.

VS.

Door Dash

List the full name of each defendant in this action.
Do not use "et al".

Attach additional pages if necessary.

I.  ATTEMPT TO SECURE COUNSEL:

   Please answer the following concerning your attempt to secure counsel.

   A.  In the preparation of this suit, I have attempted to secure the aid of an attorney as follows: (circle one)

      1.  Employ Counsel
      2.  Court - Appointed Counsel
      3.  Lawyer Referral Service of the State Bar of Texas,
          P. O. Box 12487, Austin, Texas 78711.

   B.  List the name(s) and address(es) of the attorney(s):

      _____
      _____
      _____

C. Results of the conference with counsel:

_N/A_

II. List previous lawsuits:

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action or any other incidents?   _____ Yes   __X__ No

B. If your answer to "A" is "yes", describe the lawsuit in the space below. If there is more than one lawsuit, attach a separate piece of paper describing each.

1. Approximate file date of lawsuit: _N/A_

2. Parties to previous lawsuit(s):

Plaintiff _N/A_

Defendant _____

Attach a separate piece of paper for additional plaintiffs or defendants.

3. Identify the court the lawsuit was filed. If federal, name the district. If state, name the county.

_N/A_

4. Docket number in other court. _N/A_

5. Name of judge to whom the case was assigned. _N/A_

6. Disposition: Was the case dismissed, appealed or still pending? _N/A_

7. Approximate date of disposition. _N/A_

III.   Parties to this suit:

   A.   List the full name and address of each plaintiff:

   Pla #1 Tyeshia Nadalie Isom
   539 W. Commerce St., Suite 3279
   Dallas, TX 75208

   Pla #2 _____

   B.   List the full name of each defendant, their official position, place of employment and full mailing address.

   Dft #1: Door Dash
   901 Market Street, 6th Fl
   San Francisco, CA 94103

   Dft #2: _____

   Dft #3 _____

   Attach a separate sheet for additional parties.

IV:     Statement of Claim:

State as briefly as possible the fact of your case.  Describe how each defendant is involved.  Include the names of other persons involved with dates and places.  Do not give any legal arguments or cite cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Use as much space as you need, attaching additional pages if necessary.

My number appears to be a T-Mobile number in the DoorDash system. Yet, DoorDash refused access of my phone number as a verifiable number to complete the verification process, for a Moto E Google Android Mobile Device, on the Simple Mobile networks. And, DoorDash refused to update their verification system to identify my registered number, which would allow access to their system to provide delivery courier services. This caused me financial hardship, and a personal injury of difficulties with paying housing rent. I lost about $6,000 of income. The lost caused disability.

V.  Relief: State Briefly exactly what you want the court to do for you. Make no legal arguments and do not cite cases or statutes. Attach additional pages if necessary.

I would like the courts to sue for employment discrimination + discrimination against T-Mobile Corporation, because I suffered from DoorDash refusal or non renegociation of a corporate contract to keep consumers + courier delivery partners happy.

Signed this __March__ day of __22__, 20 __21__.
  (Month)        (Year)

Tyesha Natalie Tsm
539 W. Commerce St.
Suite 3279, Dallas, TX
75208

I declare (certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on: __March 22, 2021__
                Date

_____
Signature of each plaintiff