THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| TYESHA NATALIE ISOM | § §  §  Civil Action No. 4:21-cv-234-SDJ-KPJ |
| v. | § § |
| DOOR DASH | § § |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On February 15, 2024, the Magistrate Judge entered proposed findings of fact and a recommendation (the "Report"), (Dkt. #9), that Plaintiff Tyesha Natalie Isom's ("Plaintiff") claims against Defendant Door Dash ("Defendant") be dismissed without prejudice for want of prosecution.

Having received the Report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Plaintiff's claims against Defendant are **DISMISSED WITHOUT PREJUDICE**.

So ORDERED and SIGNED this 8th day of March, 2024.

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE